IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-31305
Summary Calendar
_____

WISTING FIERRO RUIZ ET AL.,

                                        Plaintiffs,

WISTING FIERRO RUIZ; JAIRO FERNANDO RIASCOS;

                                        Plaintiffs-Appellants,

versus

JANET RENO, U.S. ATTORNEY GENERAL, ET AL.,

                                        Defendants,

JANET RENO, U.S. Attorney General;
KEITH HALL, Warden; RITA A. STANLEY;
R. KEVIN MCHUGH; NANCY A. HOOKS;
U.S. BUREAU OF PRISONS, DIRECTOR;
UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CV-191
- - - - - - - - - -
March 24, 1998
Before KING, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:[*]

     Wisting Fierro Ruiz (federal prisoner No. 59534-079) and

Jairo Fernando Riascos (federal prisoner No. 05062-003) appeal

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

the dismissal of their complaint seeking monetary damages for alleged civil rights violations arising out of deportation proceedings initiated by the Attorney General.  We affirm on the alternative basis that the district court lacked subject-matter jurisdiction to review appellants' claim.  See 8 U.S.C. § 1252(g).

AFFIRMED.